AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) GUIN, J. FOY, JR. | 2. Court or Organization U.S.DISTRICT COURT, N.D. ALA. | 3. Date of Report 05/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

1729 FIFTH AVENUE NORTH
SUITE 918
BIRMINGHAM, ALABAMA 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2013 MAY 13 A 10:09 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/3 interest in lot located in Haleyville, Ala. | A | Rent | J | W | | | | | |
| 2. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 3. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4. ExxonMobil Corp com | E | Dividend | P1 | T | | | | | |
| 5. AT&T | C | Dividend | L | T | | | | | |
| 6. FMI Funds | A | Dividend | J | T | | | | | |
| 7. IRA ACCT. A | B | Div & int | K | T | | | | | |
| 8. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 9. -Regions Financial Corp com | | | | | Distributed | 12/05/12 | J | | Distributed to Brokerage 1 |
| 10. -Darden Restaurants, Inc | | | | | Sold | 05/16/12 | J | A | |
| 11. -Molex, Inc | | | | | Sold | 01/20/12 | J | A | |
| 12. -Molex, Inc | | | | | Buy | 07/13/12 | J | | |
| 13. -Moles, Inc | | | | | Sold | 09/17/12 | J | B | |
| 14. -Procter & Gamble Co com | | | | | | | | | |
| 15. -Waste Management, Inc com | | | | | | | | | |
| 16. -Diebold, Inc | | | | | Buy | 01/05/12 | J | | |
| 17. -Diebold, Inc | | | | | Sold | 02/13/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Diebold, Inc | | | | | Buy | 09/25/12 | J | | |
| 19. -Baxter Intl, Inc | | | | | Buy | 01/23/12 | J | | |
| 20. -Baxter Intl, Inc | | | | | Sold | 11/02/12 | J | B | |
| 21. IRA ACCT. B | D | Div & Int | M | T | | | | | |
| 22. -Applied Materials, Inc | | | | | | | | | |
| 23. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 24. -Lowes Cos, Inc com | | | | | Sold | 01/04/12 | J | A | |
| 25. -Ares Cap Corp | | | | | | | | | |
| 26. -Intel Corp | | | | | | | | | |
| 27. -Pepsico, Inc | | | | | Sold | 03/08/12 | J | A | |
| 28. -Sonoco Peoducts Co | | | | | Sold | 03/06/12 | J | A | |
| 29. -Abbott Labs | | | | | Sold | 05/30/12 | J | B | |
| 30. -Raytheon Co | | | | | Sold | 11/09/12 | J | B | |
| 31. -Medtronic, Inc | | | | | Sold | 09/20/12 | J | A | |
| 32. -Avon Products, Inc | | | | | Sold | 03/23/12 | J | A | |
| 33. -Disney Walt Co Disney com | | | | | Sold | 02/08/12 | J | A | |
| 34. -Dow Chem Co | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -McDonalds Corp | | | | | | | | | |
| 36. -Thompson Reuters Corp com | | | | | | | | | |
| 37. -Walgreen Co | | | | | | | | | |
| 38. -Hasbro, Inc | | | | | Buy | 02/13/12 | J | | |
| 39. -Family Dollar Stores | | | | | Buy | 02/24/12 | J | | |
| 40. -Emerson Electric Co | | | | | Buy | 03/09/12 | J | | |
| 41. -Halliburton Co | | | | | Buy | 03/30/12 | J | | |
| 42. -General Electric Co | | | | | Buy | 04/05/12 | J | | |
| 43. -Darden Restaurants, Inc | | | | | Buy | 06/13/12 | J | | |
| 44. -ABM Industries, Inc | | | | | Buy | 07/27/12 | J | | |
| 45. -Stanley Black & Decker, Inc | | | | | Buy | 10/17/12 | J | | |
| 46. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 47. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 48. -Pepsico, Inc | | | | | Sold | 03/08/12 | J | A | |
| 49. -Lowes Cos, Inc | | | | | Sold | 01/04/12 | J | A | |
| 50. -Intel, Corp | | | | | | | | | |
| 51. -Walgreen Co | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Sigma Aldrich Corp | | | | | Buy | 01/06/12 | J | | |
| 53. -Sigma Aldrich Corp | | | | | Sold | 10/16/12 | J | B | |
| 54. -Emerson Electric Co | | | | | Buy | 03/09/12 | J | | |
| 55. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 56. -Barrick Gold com | A | Dividend | J | T | | | | | |
| 57. -Abbott Laboratories com. | A | Dividend | K | T | | | | | |
| 58. -Hewlett-Packard, Inc com | A | Dividend | J | T | | | | | |
| 59. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 60. -Regions Financial Corp | A | Dividend | K | T | | | | | |
| 61. -Federated Govt Reserves | A | Dividend | L | T | | | | | |
| 62. -Home Depot Inc com | A | Dividend | K | T | | | | | |
| 63. -General Electric Co com | A | Dividend | K | T | | | | | |
| 64. -Automatic Data Processing, Inc com | A | Dividend | J | T | | | | | |
| 65. -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 66. -Chevron Corp com | A | Dividend | K | T | | | | | |
| 67. -3M Company com | A | Dividend | K | T | | | | | |
| 68. -Colgate-Palmolive Co com | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Walgreen Co com | A | Dividend | K | T | | | | | |
| 70. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 71. -Intel Corp | A | Dividend | K | T | | | | | |
| 72. -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 73. -V F Corp | A | Dividend | K | T | | | | | |
| 74. -Emerson Electric Co | A | Dividend | K | T | | | | | |
| 75. -Air Products & Chems, Inc | A | Dividend | K | T | | | | | |
| 76. -Air Products & Chems, Inc | | | | | Buy (add'l) | 09/13/12 | J | | |
| 77. -McDonalds Corp | A | Dividend | K | T | | | | | |
| 78. -Waste Management, Inc | A | Dividend | K | T | | | | | |
| 79. -Becton Dickinson & Co | A | Dividend | K | T | | | | | |
| 80. -Baxter International, Inc | A | Dividend | | | Sold | 12/19/12 | K | D | |
| 81. -Nucor Corp | A | Dividend | K | T | | | | | |
| 82. -Nokia Corp Sponsored ADR | A | | | | Sold | 07/17/12 | J | A | |
| 83. -Family Dollar Stores com | A | Dividend | K | T | | | | | |
| 84. -Norfolk Southern Corp com | A | Dividend | K | T | | | | | |
| 85. -Illinois Tool Works, Inc com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Kohls Corp com | A | Dividend | J | T | | | | | |
| 87. -Sigma Aldrich Corp | A | Dividend | J | T | | | | | |
| 88. -Genuine Parts Co com | A | Dividend | K | T | | | | | |
| 89. -Sasol Ltd Sponsored ADR | A | Dividend | J | T | Buy | 04/24/12 | J | | |
| 90. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 91. -Federal Government Reserves | A | Dividend | J | T | | | | | |
| 92. -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 93. -Intel Corp | A | Dividend | J | T | | | | | |
| 94. -Emerson Elec Co | A | Dividend | J | T | | | | | |
| 95. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |
| 96. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 97. -AT&T, Inc | A | Dividend | J | T | | | | | |
| 98. -Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 99. -Chevron Corp | A | Dividend | J | T | | | | | |
| 100. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 101. -Dominion Res, Inc | A | Dividend | J | T | | | | | |
| 102. -Du Pont E I De Nemours & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Emerson Electric Co | A | Dividend | J | T | | | | | |
| 104. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 105. -Genuine Parts Co | A | Dividend | J | T | | | | | |
| 106. -Heinz H J Co | A | Dividend | J | T | | | | | |
| 107. -Lowes Cos, Inc | A | Dividend | K | T | | | | | |
| 108. -Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 109. -Progressive Energy, Inc | A | Dividend | J | T | | | | | |
| 110. -Qualcomm, Inc | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 111. -Regions Finl Corp | A | Dividend | J | T | | | | | |
| 112. -Southern Co | A | Dividend | J | T | | | | | |
| 113. -Federated Govt Reserves (Money Market Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S

Signature: s/ **J. FOY, JR. GUIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544